# EXHIBIT A

Complaint

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Benjamin Morris, Kristina Washington-Morris, E███████ M███ (a minor), and B█████ M███ (a minor), Plaintiffs
v.
Change Healthcare, Defendant

Case No.: [To be assigned by the court]

**Complaint for Negligence, Violation of the Florida Information Protection Act (FIPA), Breach of Fiduciary Duty, and Emotional Distress**

**Plaintiffs**, Benjamin Morris, Kristina Washington-Morris, E██████ M███, and B████ M███, through this Complaint against Defendant Change Healthcare ("CHC"), allege the following:

## Introduction

1. This action arises from CHC's gross negligence and failure to safeguard Plaintiffs' sensitive personal and medical information, resulting in a data breach that exposed highly confidential data to cybercriminals.

2. The data breach has caused Plaintiffs ongoing emotional distress and requires lifelong vigilance to monitor and protect against identity theft, especially for minor Plaintiffs who face decades of exposure due to CHC's failure to act reasonably.

## Jurisdiction and Venue

3. Plaintiffs are residents of Orange County, Florida.

4. Defendant CHC conducts business in Florida and collected sensitive data from Plaintiffs.

5. The actions giving rise to this lawsuit occurred in Florida, and Plaintiffs have suffered harm in this jurisdiction.

6. This Court has jurisdiction pursuant to applicable Florida statutes, and venue is proper in Orange County, Florida.

## Factual Allegations

7. Plaintiffs are a family of four, including two minors aged 9 and 12.

8. CHC was entrusted with Plaintiffs' sensitive data, including personal identification information, medical records, financial data, and Social Security numbers, as part of its operations.

9. On or around February 21, 2024, CHC detected unauthorized activity in its systems but failed to prevent cybercriminals from accessing and exfiltrating Plaintiffs' sensitive data.

10. CHC notified Plaintiffs of the breach in letters dated September 3, 2024, revealing that the breach exposed:

- Health insurance data (including policy numbers and government-issued IDs).
- Medical records (diagnoses, treatments, test results).
- Personal data (names, addresses, birthdates, Social Security numbers).
- Financial and billing information.

11. Plaintiffs sent a certified demand letter to CHC on October 21, 2024, requesting compensation and outlining the harm caused by the breach.

12. The demand letter was delivered to CHC's designated address on October 29, 2024, but CHC has failed to respond or take any action to resolve the matter.

13. As a direct result of CHC's negligence, Plaintiffs now face lifelong risks of identity theft and fraud, requiring constant vigilance and monitoring.

**Legal Claims**

**Count I: Negligence**

14. CHC owed Plaintiffs a duty of care to protect their sensitive data.

15. CHC breached this duty by failing to implement reasonable cybersecurity measures.

16. CHC's breach caused Plaintiffs harm, including emotional distress and the need for lifelong identity monitoring.

**Count II: Violation of the Florida Information Protection Act (FIPA)**

17. FIPA requires businesses to protect personal data of Florida residents.

18. CHC failed to comply with FIPA by allowing unauthorized access to Plaintiffs' sensitive data.

**Count III: Breach of Fiduciary Duty**

19. CHC held a fiduciary duty to safeguard Plaintiffs' data.

20. CHC's failure to protect this data constitutes a breach of that duty.

**Count IV: Emotional Distress**

21. CHC's negligence caused Plaintiffs significant emotional distress, particularly regarding their minor children, who will require lifelong monitoring to mitigate the harm.

**Damages**

22. Plaintiffs demand the following:

- $4 million in compensatory damages ($1 million per Plaintiff) for emotional distress and lifelong monitoring costs.
- Pre- and post-judgment interest.
- Any additional relief deemed just and proper by the Court.

**Prayer for Relief**

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor and award the relief requested above.

Dated: January 17th, 2025
Respectfully submitted,
Benjamin Morris (Pro Se)
15788 Avenue of the Arbors, Winter Garden, FL 34787
(407)-815-5228
nebyensid@gmail.com

**Timeline of Events**

- **February 21, 2024**: CHC discovered unauthorized access to its systems but failed to prevent cybercriminals from stealing sensitive data.
- **March 7, 2024**: CHC confirmed the breach but took no immediate action to mitigate the harm.
- **September 3, 2024**: Plaintiffs received breach notification letters from CHC, revealing the extent of exposed data.
- **October 21, 2024**: Plaintiffs sent a certified demand letter to CHC, seeking compensation for the harm caused.
- **October 29, 2024**: USPS confirmed delivery of the demand letter, but CHC failed to respond.
- **January 2025 (Present)**: Plaintiffs remain vigilant, monitoring their identities and credit while grappling with the emotional toll and risks posed by CHC's negligence.



**CHANGE HEALTHCARE**
P.O. Box 989728
West Sacramento, CA 95798-9728



To enroll in free identity theft protection, services, please visit: www.changecybersupport.com and click the link to register online with IDX.

September 3, 2024

217876:S03A M 6363
Parent or Legal Guardian of



## Notice of Data Breach

To the Parent or Legal Guardian of B███ M███:

We are sorry to tell you about a privacy event. This letter is from Change Healthcare ("CHC"). We work with many doctors, health insurance plans, and other health companies to help provide health services or benefits. This event may have involved your child's data.

### What happened?
On February 21, 2024, CHC found activity in our computer system that happened without our permission. We quickly took steps to stop that activity. We began investigating right away and hired a special team to help us. We also called law enforcement. We also turned off CHC's systems to help protect our business customers and their individuals.

On March 7, 2024, we learned a cybercriminal was able to see and take copies of some data in our computer system. This happened between February 17, 2024 and February 20, 2024. We received files that were safe to look at on March 13, 2024.

### What information was involved?
We have told our business customers about this event. Starting on June 20, 2024, we began notifying our business customers about what data may have been seen and taken. We encourage you to remain vigilant by checking your child's bills and accounts. The data that may have been seen and taken includes your child's contact information (such as name, address, date of birth, phone number, and email) <u>plus one or more of the following</u>:

- Health insurance data (such as health plans/policies, insurance companies, member/group ID numbers, and Medicaid-Medicare-government payor ID numbers)
- Health data (such as medical record numbers, doctors, diagnoses, medicines, test results, images, care, and treatment)
- Billing, insurance claims and payment data (such as claim numbers, account numbers, billing codes, payment cards, financial and banking, and balance)
- Other personal data (such as Social Security number, driver's license or state ID number, or other ID number)

7738-23841151-4BB5                                                                                    Page 1_UCEM_B.2

The data that may have been seen and taken was not the same for everyone. Some of this data may be about the person who paid the bill for health care services.

### Why did this happen?
A cybercriminal accessed our computer system without our permission.

### What is CHC doing?
We investigated and called law enforcement. We are also making our computer systems even stronger than before. We do not want this to happen again.

We would like to offer your child free identity theft protection services. We will pay for the cost of this service for 2 years so that it is free for you. We have attached steps on how to sign up for this free service.

### What you can do:
You can sign your child up for the free identity protection service. Be sure your child's bills and accounts look correct. We have attached steps on how to do that. If you learn of a crime against your child, you can file a report with law enforcement.

### What if I have a question?
If you have any questions or concerns, please call us toll-free at 1-866-262-5342, Monday through Friday, 8 a.m. to 8 p.m. CT. You can also go to www.changecybersupport.com and click the link to register online with IDX to enroll in free identity protection services. We are sorry for any concern this event may cause.

Sincerely,

Change Healthcare Privacy Office

# REFERENCE GUIDE

## Review Your Account Statements

Carefully review statements sent to you from your healthcare providers, insurance company, and financial institutions to ensure that all of your account activity is valid. Report any questionable charges promptly to the provider or company with which you maintain the account.

## Provide Any Updated Personal Information to Your Health Care Provider

Your health care provider's office may ask to see a photo ID to verify your identity. Please bring a photo ID with you to every appointment if possible. Your provider's office may also ask you to confirm your date of birth, address, telephone, and other pertinent information so that they can make sure that all of your information is up-to-date. Please be sure and tell your provider's office when there are any changes to your information. Carefully reviewing this information with your provider's office at each visit can help to avoid problems and to address them quickly should there be any discrepancies.

## Order Your Free Credit Report

To order your free annual credit report, visit www.annualcreditreport.com, call toll-free at (877) 322-8228, or complete the Annual Credit Report Request Form on the U.S. Federal Trade Commission's ("FTC") website at www.ftc.gov and mail it to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348-5281. The three credit bureaus provide free annual credit reports only through the website, toll-free number or request form.

Upon receiving your credit report, review it carefully. Look for accounts you did not open. Look in the "inquiries" section for names of creditors from whom you have not requested credit. Some companies bill under names other than their store or commercial names; the credit bureau will be able to tell if this is the case. Look in the "personal information" section for any inaccuracies in information (such as home address and Social Security Number).

If you see anything you do not understand, call the credit bureau at the telephone number on the report. Errors may be a warning sign of possible identity theft. You should notify the credit bureaus of any inaccuracies in your report, whether due to error or fraud, as soon as possible so the information can be investigated and, if found to be in error, corrected. If there are accounts or charges you did not authorize, immediately notify the appropriate credit bureau by telephone and in writing. Information that cannot be explained should also be reported to your local police or sheriff's office because it may signal criminal activity.

## How to Enroll in IDX Identity Monitoring Services

As a safeguard, you may enroll, at no cost to you, in free online identity restoration services provided by IDX for two years. To enroll in these services, please call IDX at 1-888-846-4705 or visit www.changecybersupport.com and click the link to register online with IDX.

Individuals must enroll in order for the available services to go into effect, and the monitoring included in the membership must be activated to be effective. If you need assistance, IDX will be able to assist you.

We encourage you to take advantage of these protections and remain vigilant for incidents of potential fraud and identity theft, including regularly reviewing and monitoring your credit reports and account statements.

## Contact the U.S. Federal Trade Commission

If you detect any unauthorized transactions in any of your financial accounts, promptly notify the appropriate payment card company or financial institution. If you detect any incidents of identity theft or fraud, promptly report the matter to your local law enforcement authorities, state Attorney General and the FTC.

You can contact the FTC to learn more about how to protect yourself from becoming a victim of identity theft by using the following contact information: Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580; 1-877-IDTHEFT (438-4338); www.ftc.gov/idtheft/.

### Place a Fraud Alert on Your Credit File

To protect yourself from possible identity theft, consider placing a fraud alert on your credit file. A fraud alert helps protect against the possibility of an identity thief opening new credit accounts in your name. When a credit grantor checks the credit history of someone applying for credit, the credit grantor gets a notice that the applicant may be the victim of identity theft. The alert notifies the credit grantor to take steps to verify the identity of the applicant. You can place a fraud alert on your credit report by calling any one of the toll-free fraud numbers provided below. You will reach an automated telephone system that allows flagging of your file with a fraud alert at all three credit bureaus.

| | | | |
|---|---|---|---|
| Equifax | P.O. Box 105069<br>Atlanta, Georgia 30348 | 1-888-766-0008 | www.equifax.com |
| Experian | P.O. Box 9554<br>Allen, Texas 75013 | 1-888-397-3742 | www.experian.com |
| TransUnion | P.O. Box 2000<br>Chester, PA 19016 | 1-800-680-7289 | www.transunion.com |

### Security Freezes

You have the right to request a credit freeze from a consumer reporting agency, free of charge, so that no new credit can be opened in your name without the use of a PIN number that is issued to you when you initiate a freeze. A security freeze is designed to prevent potential credit grantors from accessing your credit report without your consent. If you place a security freeze, potential creditors and other third parties will not be able to get access to your credit report unless you temporarily lift the freeze. Therefore, using a security freeze may delay your ability to obtain credit.

Unlike a fraud alert, you must separately place a security freeze on your credit file at each credit bureau. To place a security freeze on your credit report you must contact the credit reporting agency by phone, mail, or secure electronic means and provide proper identification of your identity. The following information must be included when requesting a security freeze (note that if you are requesting a security freeze for your spouse, this information must be provided for him/her as well): (1) full name, with middle initial and any suffixes; (2) Social Security number; (3) date of birth; (4) current address and any previous addresses for the past five years; and (5) any applicable incident report or complaint with a law enforcement agency or the Registry of Motor Vehicles. The request must also include a copy of a government-issued identification card and a copy of a recent utility bill or bank or insurance statement. It is essential that each copy be legible, display your name and current mailing address, and the date of issue.

Below, please find relevant contact information for the three consumer reporting agencies:

| | | | |
|---|---|---|---|
| Equifax Security Freeze | P.O. Box 105788<br>Atlanta, GA 30348 | 1-800-685-1111 | www.equifax.com |
| Experian Security Freeze | P.O. Box 9554<br>Allen, TX 75013 | 1-888-397-3742 | www.experian.com |
| TransUnion | P.O. Box 160<br>Woodlyn, PA 19094 | 1-888-909-8872 | www.transunion.com |

Once you have submitted your request, the credit reporting agency must place the security freeze no later than 1 business day after receiving a request by phone or secure electronic means, and no later than 3 business days after receiving a request by mail. No later than five business days after placing the security freeze, the credit reporting agency will send you confirmation and information on how you can remove the freeze in the future.

| For Residents Of | Additional Information |
|---|---|
| District of Columbia | You may contact the D.C. Attorney General's Office to obtain information about steps to take to avoid identity theft: D.C. Attorney General's Office, Office of Consumer Protection, 400 6th Street, NW, Washington DC 20001, 1-202-442-9828, www.oag.dc.gov. |
| Iowa | You may contact law enforcement or the Iowa Attorney General's office to report suspected incidents of identity theft. The Iowa Attorney General's Office can be reached at: Iowa Attorney General's Office, Director of Consumer Protection Division, 1305 E. Walnut Street, Des Moines, IA 50319, 1-515-281-5926, www.iowaattorneygeneral.gov. |
| Maryland | You may also obtain information about preventing and avoiding identity theft from the Maryland Office of the Attorney General: Maryland Office of the Attorney General, Consumer Protection Division, 200 St. Paul Place, Baltimore, MD 21202, 1-888-743-0023, http://www.marylandattorneygeneral.gov/. |
| Massachusetts | You have the right to obtain a police report with respect to this incident. If you are the victim of identity theft, you also have the right to file a police report and obtain a copy of it. |
| New Mexico | New Mexico consumers have the right to obtain a security freeze or submit a declaration of removal. You may obtain a security freeze on your credit report to protect your privacy and ensure that credit is not granted in your name without your knowledge. You may submit a declaration of removal to remove information placed in your credit report as a result of being a victim of identity theft. You have a right to place a security freeze on your credit report or submit a declaration of removal pursuant to the Fair Credit Reporting and Identity Security Act. The security freeze will prohibit a consumer reporting agency from releasing any information in your credit report without your express authorization or approval. The security freeze is designed to prevent credit, loans and services from being approved in your name without your consent. When you place a security freeze on your credit report, you will be provided with a personal identification number, password or similar device to use if you choose to remove the freeze on your credit report or to temporarily authorize the release of your credit report to a specific party or parties or for a specific period of time after the freeze is in place. To remove the freeze or to provide authorization for the temporary release of your credit report, you must contact the consumer reporting agency and provide all of the following: (1) the unique personal identification number, password or similar device provided by the consumer reporting agency; (2) proper identification to verify your identity; and (3) information regarding the third party or parties who are to receive the credit report or the period of time for which the credit report may be released to users of the credit report. A consumer reporting agency that receives a request from a consumer to lift temporarily a freeze on a credit report shall comply with the request no later than three business days after receiving the request. As of September 1, 2008, a consumer reporting agency shall comply with the request within fifteen minutes of receiving the request by a secure electronic method or by telephone. A security freeze does not apply in all circumstances, such as where you have an existing account relationship and a copy of your credit report is requested by your existing creditor or its agents for certain types of account review, collection, fraud control or similar activities; for use in setting or adjusting an insurance rate or claim or insurance underwriting; for certain governmental purposes; and for purposes of prescreening as defined in the federal Fair Credit Reporting Act. If you are |

|  | |
|---|---|
|  | actively seeking a new credit, loan, utility, telephone or insurance account, you should understand that the procedures involved in lifting a security freeze may slow your own applications for credit. You should plan ahead and lift a freeze, either completely if you are shopping around or specifically for a certain creditor, with enough advance notice before you apply for new credit for the lifting to take effect. You should contact a consumer reporting agency and request it to lift the freeze at least three business days before applying. As of September 1, 2008, if you contact a consumer reporting agency by a secure electronic method or by telephone, the consumer reporting agency should lift the freeze within fifteen minutes. You have a right to bring a civil action against a consumer reporting agency that violates your rights under the Fair Credit Reporting and Identity Security Act. |
| New York | You may also obtain information about security breach response and identity theft prevention and protection from the New York Attorney General's Office: Office of the Attorney General, The Capitol, Albany, NY 12224-0341, 1-800-771-7755, www.ag.ny.gov. |
| North Carolina | You may also obtain information about preventing and avoiding identity theft from the North Carolina Attorney General's Office: North Carolina Attorney General's Office, Consumer Protection Division, 9001 Mail Service Center, Raleigh, NC 27699-9001, 1-919-716-6000, www.ncdoj.gov. |
| Oregon | State laws advise you to report any suspected identity theft to law enforcement, as well as the Federal Trade Commission. Contact information for the Oregon Department of Justice is as follows: Oregon Department of Justice, 1162 Court Street NE, Salem, OR 97301, 1-877-877-9392, www.doj.state.or.us. |
| Rhode Island | You have a right to file or obtain a police report related to this incident. You may also obtain information about preventing and avoiding identity theft from the Rhode Island Office of the Attorney General: Office of the Attorney General, 150 South Main Street, Providence, RI, 02903, 1-401-274-4400, www.riag.ri.gov. |



P.O. Box 989728
West Sacramento, CA 95798-9728



To enroll in free identity theft protection, services, please visit:
www.changecybersupport.com and click the link to register online with IDX.

September 3, 2024

191674:S03A M 6363
Parent or Legal Guardian of


Notice of Data Breach

To the Parent or Legal Guardian of E█████ M██:

We are sorry to tell you about a privacy event. This letter is from Change Healthcare ("CHC"). We work with many doctors, health insurance plans, and other health companies to help provide health services or benefits. This event may have involved your child's data.

**What happened?**
On February 21, 2024, CHC found activity in our computer system that happened without our permission. We quickly took steps to stop that activity. We began investigating right away and hired a special team to help us. We also called law enforcement. We also turned off CHC's systems to help protect our business customers and their individuals.

On March 7, 2024, we learned a cybercriminal was able to see and take copies of some data in our computer system. This happened between February 17, 2024 and February 20, 2024. We received files that were safe to look at on March 13, 2024.

**What information was involved?**
We have told our business customers about this event. Starting on June 20, 2024, we began notifying our business customers about what data may have been seen and taken. We encourage you to remain vigilant by checking your child's bills and accounts. The data that may have been seen and taken includes your child's contact information (such as name, address, date of birth, phone number, and email) plus one or more of the following:

- Health insurance data (such as health plans/policies, insurance companies, member/group ID numbers, and Medicaid-Medicare-government payor ID numbers)
- Health data (such as medical record numbers, doctors, diagnoses, medicines, test results, images, care, and treatment)
- Billing, insurance claims and payment data (such as claim numbers, account numbers, billing codes, payment cards, financial and banking, and balance)
- Other personal data (such as Social Security number, driver's license or state ID number, or other ID number)

PA3C-20977103-4FE1

Page 1_UCEM_B.2

The data that may have been seen and taken was not the same. Some of this data may be about the person who paid the bill for health care services.

### Why did this happen?
A cybercriminal accessed our computer system without our permission.

### What is CHC doing?
We investigated and called law enforcement. We are also making our computer systems even stronger than before. We do not want this to happen again.

We would like to offer your child free identity theft protection services. We will pay for the cost of this service for 2 years so that it is free for you. We have attached steps on how to sign up for this free service.

### What you can do:
You can sign your child up for the free identity protection service. Be sure your child's bills and accounts look correct. We have attached steps on how to do that. If you learn of a crime against your child, you can file a report with law enforcement.

### What if I have a question?
If you have any questions or concerns, please call us toll-free at 1-866-262-5342, Monday through Friday, 8 a.m. to 8 p.m. CT. You can also go to www.changecybersupport.com and click the link to register online with IDX to enroll in free identity protection services. We are sorry for any concern this event may cause.

Sincerely,

Change Healthcare Privacy Office

# REFERENCE GUIDE

## Review Your Account Statements

Carefully review statements sent to you from your healthcare providers, insurance company, and financial institutions to ensure that all of your account activity is valid. Report any questionable charges promptly to the provider or company with which you maintain the account.

## Provide Any Updated Personal Information to Your Health Care Provider

Your health care provider's office may ask to see a photo ID to verify your identity. Please bring a photo ID with you to every appointment if possible. Your provider's office may also ask you to confirm your date of birth, address, telephone, and other pertinent information so that they can make sure that all of your information is up-to-date. Please be sure and tell your provider's office when there are any changes to your information. Carefully reviewing this information with your provider's office at each visit can help to avoid problems and to address them quickly should there be any discrepancies.

## Order Your Free Credit Report

To order your free annual credit report, visit www.annualcreditreport.com, call toll-free at (877) 322-8228, or complete the Annual Credit Report Request Form on the U.S. Federal Trade Commission's ("FTC") website at www.ftc.gov and mail it to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348-5281. The three credit bureaus provide free annual credit reports only through the website, toll-free number or request form.

Upon receiving your credit report, review it carefully. Look for accounts you did not open. Look in the "inquiries" section for names of creditors from whom you have not requested credit. Some companies bill under names other than their store or commercial names; the credit bureau will be able to tell if this is the case. Look in the "personal information" section for any inaccuracies in information (such as home address and Social Security Number).

If you see anything you do not understand, call the credit bureau at the telephone number on the report. Errors may be a warning sign of possible identity theft. You should notify the credit bureaus of any inaccuracies in your report, whether due to error or fraud, as soon as possible so the information can be investigated and, if found to be in error, corrected. If there are accounts or charges you did not authorize, immediately notify the appropriate credit bureau by telephone and in writing. Information that cannot be explained should also be reported to your local police or sheriff's office because it may signal criminal activity.

## How to Enroll in IDX Identity Monitoring Services

As a safeguard, you may enroll, at no cost to you, in free online identity restoration services provided by IDX for two years. To enroll in these services, please call IDX at 1-888-846-4705 or visit www.changecybersupport.com and click the link to register online with IDX.

Individuals must enroll in order for the available services to go into effect, and the monitoring included in the membership must be activated to be effective. If you need assistance, IDX will be able to assist you.

We encourage you to take advantage of these protections and remain vigilant for incidents of potential fraud and identity theft, including regularly reviewing and monitoring your credit reports and account statements.

## Contact the U.S. Federal Trade Commission

If you detect any unauthorized transactions in any of your financial accounts, promptly notify the appropriate payment card company or financial institution. If you detect any incidents of identity theft or fraud, promptly report the matter to your local law enforcement authorities, state Attorney General and the FTC.

You can contact the FTC to learn more about how to protect yourself from becoming a victim of identity theft by using the following contact information: Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580; 1-877-IDTHEFT (438-4338); www.ftc.gov/idtheft/.

### Place a Fraud Alert on Your Credit File

To protect yourself from possible identity theft, consider placing a fraud alert on your credit file. A fraud alert helps protect against the possibility of an identity thief opening new credit accounts in your name. When a credit grantor checks the credit history of someone applying for credit, the credit grantor gets a notice that the applicant may be the victim of identity theft. The alert notifies the credit grantor to take steps to verify the identity of the applicant. You can place a fraud alert on your credit report by calling any one of the toll-free fraud numbers provided below. You will reach an automated telephone system that allows flagging of your file with a fraud alert at all three credit bureaus.

| | | | |
|---|---|---|---|
| Equifax | P.O. Box 105069<br>Atlanta, Georgia 30348 | 1-888-766-0008 | www.equifax.com |
| Experian | P.O. Box 9554<br>Allen, Texas 75013 | 1-888-397-3742 | www.experian.com |
| TransUnion | P.O. Box 2000<br>Chester, PA 19016 | 1-800-680-7289 | www.transunion.com |

### Security Freezes

You have the right to request a credit freeze from a consumer reporting agency, free of charge, so that no new credit can be opened in your name without the use of a PIN number that is issued to you when you initiate a freeze. A security freeze is designed to prevent potential credit grantors from accessing your credit report without your consent. If you place a security freeze, potential creditors and other third parties will not be able to get access to your credit report unless you temporarily lift the freeze. Therefore, using a security freeze may delay your ability to obtain credit.

Unlike a fraud alert, you must separately place a security freeze on your credit file at each credit bureau. To place a security freeze on your credit report you must contact the credit reporting agency by phone, mail, or secure electronic means and provide proper identification of your identity. The following information must be included when requesting a security freeze (note that if you are requesting a security freeze for your spouse, this information must be provided for him/her as well): (1) full name, with middle initial and any suffixes; (2) Social Security number; (3) date of birth; (4) current address and any previous addresses for the past five years; and (5) any applicable incident report or complaint with a law enforcement agency or the Registry of Motor Vehicles. The request must also include a copy of a government-issued identification card and a copy of a recent utility bill or bank or insurance statement. It is essential that each copy be legible, display your name and current mailing address, and the date of issue.

Below, please find relevant contact information for the three consumer reporting agencies:

| | | | |
|---|---|---|---|
| Equifax Security Freeze | P.O. Box 105788<br>Atlanta, GA 30348 | 1-800-685-1111 | www.equifax.com |
| Experian Security Freeze | P.O. Box 9554<br>Allen, TX 75013 | 1-888-397-3742 | www.experian.com |
| TransUnion | P.O. Box 160<br>Woodlyn, PA 19094 | 1-888-909-8872 | www.transunion.com |

Once you have submitted your request, the credit reporting agency must place the security freeze no later than 1 business day after receiving a request by phone or secure electronic means, and no later than 3 business days after receiving a request by mail. No later than five business days after placing the security freeze, the credit reporting agency will send you confirmation and information on how you can remove the freeze in the future.

| For Residents Of | Additional Information |
|---|---|
| District of Columbia | You may contact the D.C. Attorney General's Office to obtain information about steps to take to avoid identity theft: D.C. Attorney General's Office, Office of Consumer Protection, 400 6th Street, NW, Washington DC 20001, 1-202-442-9828, www.oag.dc.gov. |
| Iowa | You may contact law enforcement or the Iowa Attorney General's office to report suspected incidents of identity theft. The Iowa Attorney General's Office can be reached at: Iowa Attorney General's Office, Director of Consumer Protection Division, 1305 E. Walnut Street, Des Moines, IA 50319, 1-515-281-5926, www.iowaattorneygeneral.gov. |
| Maryland | You may also obtain information about preventing and avoiding identity theft from the Maryland Office of the Attorney General: Maryland Office of the Attorney General, Consumer Protection Division, 200 St. Paul Place, Baltimore, MD 21202, 1-888-743-0023, http://www.marylandattorneygeneral.gov/. |
| Massachusetts | You have the right to obtain a police report with respect to this incident. If you are the victim of identity theft, you also have the right to file a police report and obtain a copy of it. |
| New Mexico | New Mexico consumers have the right to obtain a security freeze or submit a declaration of removal. You may obtain a security freeze on your credit report to protect your privacy and ensure that credit is not granted in your name without your knowledge. You may submit a declaration of removal to remove information placed in your credit report as a result of being a victim of identity theft. You have a right to place a security freeze on your credit report or submit a declaration of removal pursuant to the Fair Credit Reporting and Identity Security Act. The security freeze will prohibit a consumer reporting agency from releasing any information in your credit report without your express authorization or approval. The security freeze is designed to prevent credit, loans and services from being approved in your name without your consent. When you place a security freeze on your credit report, you will be provided with a personal identification number, password or similar device to use if you choose to remove the freeze on your credit report or to temporarily authorize the release of your credit report to a specific party or parties or for a specific period of time after the freeze is in place. To remove the freeze or to provide authorization for the temporary release of your credit report, you must contact the consumer reporting agency and provide all of the following: (1) the unique personal identification number, password or similar device provided by the consumer reporting agency; (2) proper identification to verify your identity; and (3) information regarding the third party or parties who are to receive the credit report or the period of time for which the credit report may be released to users of the credit report. A consumer reporting agency that receives a request from a consumer to lift temporarily a freeze on a credit report shall comply with the request no later than three business days after receiving the request. As of September 1, 2008, a consumer reporting agency shall comply with the request within fifteen minutes of receiving the request by a secure electronic method or by telephone. A security freeze does not apply in all circumstances, such as where you have an existing account relationship and a copy of your credit report is requested by your existing creditor or its agents for certain types of account review, collection, fraud control or similar activities; for use in setting or adjusting an insurance rate or claim or insurance underwriting; for certain governmental purposes; and for purposes of prescreening as defined in the federal Fair Credit Reporting Act. If you are |

| | |
|---|---|
| | actively seeking a new credit, loan, utility, telephone or insurance account, you should understand that the procedures involved in lifting a security freeze may slow your own applications for credit. You should plan ahead and lift a freeze, either completely if you are shopping around or specifically for a certain creditor, with enough advance notice before you apply for new credit for the lifting to take effect. You should contact a consumer reporting agency and request it to lift the freeze at least three business days before applying. As of September 1, 2008, if you contact a consumer reporting agency by a secure electronic method or by telephone, the consumer reporting agency should lift the freeze within fifteen minutes. You have a right to bring a civil action against a consumer reporting agency that violates your rights under the Fair Credit Reporting and Identity Security Act. |
| New York | You may also obtain information about security breach response and identity theft prevention and protection from the New York Attorney General's Office: Office of the Attorney General, The Capitol, Albany, NY 12224-0341, 1-800-771-7755, www.ag.ny.gov. |
| North Carolina | You may also obtain information about preventing and avoiding identity theft from the North Carolina Attorney General's Office: North Carolina Attorney General's Office, Consumer Protection Division, 9001 Mail Service Center, Raleigh, NC 27699-9001, 1-919-716-6000, www.ncdoj.gov. |
| Oregon | State laws advise you to report any suspected identity theft to law enforcement, as well as the Federal Trade Commission. Contact information for the Oregon Department of Justice is as follows: Oregon Department of Justice, 1162 Court Street NE, Salem, OR 97301, 1-877-877-9392, www.doj.state.or.us. |
| Rhode Island | You have a right to file or obtain a police report related to this incident. You may also obtain information about preventing and avoiding identity theft from the Rhode Island Office of the Attorney General: Office of the Attorney General, 150 South Main Street, Providence, RI, 02903, 1-401-274-4400, www.riag.ri.gov. |



October 21, 2024

Change Healthcare Privacy Office
P.O. Box 989728
West Sacramento, CA 95798-9728

Re: **Notice of Intent to Seek Compensation – Data Breach Affecting Personal and Medical Data of the Morris Family**

To Whom It May Concern,

This letter serves as a formal demand for compensation on behalf of myself, B███████ M███, my wife K████ W███████████, and my two minor children, E█████████ M███ and B██████ M███ due to the recent data breach disclosed by Change Healthcare ("CHC") in the Notice of Data Breach letters dated September 3, 2024. CHC's failure to protect our highly sensitive personal and medical information has resulted in substantial emotional distress, anxiety, and a constant threat of identity theft that will now persist throughout our lifetimes. This negligence is compounded by the exposure of medical records, financial data, and social security numbers, placing our family at heightened risk.

**Extent of Data Breach**

The data breach has exposed the following sensitive information of our family:

- Health insurance information, including policy numbers and government-issued ID numbers.
- Medical records, including diagnoses, treatments, and test results.
- Personal identification information such as Social Security numbers, birthdates, addresses, and contact details.
- Financial and billing information, which further increases the risk of identity theft and fraudulent activity.

CHC's failure to safeguard this information constitutes gross negligence and a violation of federal and state laws, including but not limited to:

- The Health Insurance Portability and Accountability Act of 1996 (HIPAA) – Failure to ensure the confidentiality and security of protected health information (PHI).
- The Florida Information Protection Act (FIPA) – Failure to adequately protect personal information of Florida residents.
- The Federal Trade Commission Act (FTC Act) – Failure to implement reasonable data security measures as required by federal law.

**Demand for Compensation**

In light of CHC's negligence and the significant harm inflicted upon my family, I hereby demand compensation in the amount of **$[Insert amount suitable]** for each individual in my family, to cover the following damages:

- Ongoing identity theft protection and monitoring for the remainder of each of our lives.
- Compensation for the emotional distress and anxiety caused by the knowledge that our medical and personal data will forever be at risk.
- The cost of any legal fees, financial recovery services, and other associated costs should any future identity theft or fraud occur as a result of this breach.

You have 30 days from the receipt of this letter to respond to this demand. Failure to provide satisfactory compensation will result in my family pursuing all available legal remedies, including but not limited to a civil lawsuit for damages.

**Preservation of Evidence**

Please preserve all documents, communications, and electronic records related to this data breach and CHC's response, including but not limited to internal investigations, cybersecurity assessments, and communications with law enforcement. We will seek full disclosure through discovery as part of any potential litigation.

I look forward to your prompt response to this matter and trust that CHC will take the necessary steps to rectify the situation and provide just compensation to my family.

Sincerely,



B▮▮▮ M▮▮▮